AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

JACOLYN BARUCH

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309

CR-SEITZ

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JACOLYN BARUCH__

MAGISTRATE JUDGE GARBER

Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging her with (brief description of offense) RICO conspiracy, illegal gambling business, money laundering conspiracy

in violation of Title __18__ United States Code, Section(s) 1962(d), 1955, 1956(h)

[FILED BY ___ D.C. OCT 24 PM 2:42 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA.-FTL]

CLARENCE MADDOX
Name of Issuing Officer

*Jimmy Butler* (signature)
Signature of Issuing Officer

BSS
Bail fixed at $ 200,000 Corporate Surety Bond with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER  *Barry Seltzer* (signature)
by UNITED STATES MAGISTRATE JUDGE
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at ||| 
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

