UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs                              Case No:  00-6309-CR-SEITZ

STEVE RAFFA, etal                    /

**ORDER**

RECEIVED & FILED IN OPEN COURT
ON  10-26-00  AT
FTC  , FLA.
Clarence Maddox  Clerk
United States District Court
Southern District of Florida

THIS CAUSE is before the Court for the initial appearance of the above-named

defendant(s) on a SEALED Indictment.

UPON ORAL motion of the government in open court that the case be unsealed, it is

hereby

ORDERED AND ADJUDGED that the Indictment be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 26th day of October, 2000.

NUNC PRO TUNC DATE - 10/26/00

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

24/8