COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

DEFT: Jacolyn Baruch (J)#  CASE NO: 00-6309-CR-Seitz
AUSA: Brian McCormick/Diana Fernandez  ATTNY: David Vinikoor (temp)
AGENT: ___  VIOL: 18:1962, 1963, 1955, 1956, 1957, 1511, 894, 892
PROCEEDING: Initial Appearance  BOND REC: 200,000 CSB w/ Nebbia

BOND HEARING HELD - (yes) no  Stip  COUNSEL APPOINTED: ___
BOND SET @ 500,000 PSB + 50,000 CSB
CO-SIGNATURES: Celeste Sakett (aunt)

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone, ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House ___ Electronic Monitoring

No illegal drugs or excessive alcohol
reside @ current address

Ore tenus M/U[nseal] granted

FILED OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

Advised of charges

NEXT COURT APPEARANCE:  DATE:  TIME:  JUDGE:
INQUIRY RE COUNSEL:  11-1  10  miami duty
PTD/BOND HEARING:
PRELIM/ARRAIGN OR REMOVAL:  11-1  10  miami duty
STATUS CONFERENCE:

DATE: 10-26-00  TIME: 11:00am  TAPE # 00-084  PG # 01

#39
HN