UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55526-004

UNITED STATES OF AMERICA )
        Plaintiff ) Case Number: CR 00-6309-CR-Seitz
) REPORT COMMENCING CRIMINAL
-vs- ) ACTION
)
Baruch, Jacolyn )
        Defendant

*******************************************************

TO: Clerk's Office    MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court       (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

*******************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 10/16/00  7:00 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: RICO

(4) U.S. Citizen [✓] Yes  [ ] No  [ ] Unknown

(5) Date of Birth: 1/5/45

(6) Type of Charging Document: (check one)
[✓] Indictment  [ ] Complaint  To be filed/Already filed
Case# 00-6309-CR-Seitz

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: S/FL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [✓] YES [ ] NO

Amount of Bond: $
Who set Bond:

(7) Remarks:

(8) Date:  (9) Arresting Officer:

(10) Agency:  (11) Phone:

(12) Comments:

#79
H/A