UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

OCT 27

UNITED STATES OF AMERICA

Plaintiff

v.

JACOLYN BARUCH

Defendant

CASE NO. 00-6309 CR - SEITZ

REPORT COMMENCING CRIMINAL ACTION

55526-004

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/2000 5:15 am
2. Spoken language: ENGLISH
3. Offense(s) charged: TITLE 18 USC 1962, TITLE 18 USC 1957, TITLE 18 USC 1956
4. U.S. Citizen  [X] YES  [ ] NO  [ ] UNKNOWN
5. Date of birth: 1/8/1948
6. Type of charging document: (Check One)
   [✓] INDICTMENT      [ ] COMPLAINT TO BE FILED/ALREADY FILED
   CASE NO. 00-6309            CASE NO._____
   DISTRICT: _____ (Where warrant or complaint is filed.)
   [ ] BENCH WARRANT FOR FAILURE TO APPEAR
   [ ] PROBATION VIOLATION WARRANT
   [ ] PAROLE VIOLATION WARRANT
   COPY OF WARRANT LEFT WITH BOOKING OFFICER: [ ] YES [ ] NO
   AMOUNT OF BOND: $200,000 CSB w/ NEBBIA
   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: _____
9. _____ ARRESTING OFFICER
10. AGENCY: _____
11. _____ PHONE NO.