AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

# United States District Court

SOUTHERN DISTRICT OF FLORIDA                517688

UNITED STATES OF AMERICA

V.                                                    **WARRANT FOR ARREST**

JACOLYN BARUCH                         CASE NUMBER 00-6309

TO:  The United States Marshal                              CR-SEITZ
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___JACOLYN BARUCH___        MAGISTRATE JUDGE
                                              Name                GARBER

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging her with (brief description of offense) RICO conspiracy, illegal gambling business, money laundering conspiracy

in violation of Title _18_ United States Code, Section(s) 1962(d), 1955, 1956(h)

CLARENCE MADDOX                                      COURT ADMINISTRATOR/CLERK OF THE COURT
Name of Issuing Officer                              Title of Issuing Officer

_/s/ Jenny Butler_                                   10/24/00 - Fort Lauderdale, Florida
Signature of Issuing Officer                         Date and Location

                                                     BARRY S. SELTZER
Bail fixed at $ 200,000 Corporate Surety Bond with   by  UNITED STATES MAGISTRATE JUDGE
Nebbia                                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at<br>**Ft. Lauderdale, FL** |

| DATE RECEIVED<br>10/24/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br><br>Edward Purchase, SDUSM |
|---|---|---|
| DATE OF ARREST<br>10/26/00 | | |

#122
H1