~~SEALED~~

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by __ D.C.
OCT 27 2000
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Unsealed 11/8/00

Case No. 00-6309-Cr   Date 10/27/00
Clerk L. Webb   Reporter R. Kaufman
USPO No   Interpreter No

UNITED STATES OF AMERICA v. Steve Raffa, et al.

AUSA W. Berkeley   Defense Counsel _____

Defendant(s): Present ____ Not Present _X_ In Custody ____

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.

Misc.: _____

Case Continued to: _____ Time _____ For _____

149/2

```
[docket0]                     CIVIL/CRIMINAL             [wdk/text]
4. Queries                       Docketing


  Docket #   : 0:00-cr-6309                                     BLG
  Short Title: USA              v. Raffa
  Type: cr       Judge: Seitz           Magistrate:
------------------------------------------------------------------

------------------------------------------------------------------
              Summary of Event that Created the Document

  Filed     Entry Date  Last Update      History ID   Docketed by
  10/27/00   11/1/00    **/**/**          4266734         sp
       +---------------------------------------------------------+
        SEALED DOCUMENT



       +viewing docket text--------------------------------------+
  Transaction: kseal doc -/ -/ - - -

  Command mode (? for commands)
```

Attached to D.E. # 149