UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



UNITED STATES OF AMERICA,

                              Case No. 00-6309-Cr-SEITZ

    Plaintiff,

vs.                      FORT LAUDERDALE, *FLORIDA*
                          OCTOBER 26, 2000

JACOLYN BARUCH,

    Defendant.

---

**EXCERPT OF TRANSCRIPT OF INITIAL APPEARANCE HEARING
BEFORE THE HONORABLE BARRY S. SELTZER,
UNITED STATES MAGISTRATE JUDGE**

APPEARANCES:

FOR THE GOVERNMENT:

        **BRIAN McCORMICK, A.U.S.A.**
        500 East Broward Blvd., 7th Floor
        Ft. Lauderdale, FL 33301 954/356-7392

FOR THE DEFENDANT:

        **DAVID VINIKOOR, ESQ.**
        420 S.E. 12th Street
        Ft. Lauderdale, FL

REPORTED BY:     **JERALD M. MEYERS, RPR-CM**
                      Official Federal Court Reporter
                      301 North Miami Avenue, 9th Floor
                      Miami, FL  33128-7797 - 305/374-8108



**STENOGRAPHICALLY REPORTED COMPUTERIZED TRANSCRIPTION**