UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

vs.   **ORDER ON HEARING TO**
      **REPORT RE COUNSEL**

JACOLYN BARUCH

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

 ✓ Private counsel __David Vinikoor__ appeared in open court and is noted as permanent counsel of record.

 _____ The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

 _____ The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

 _____ The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this __/st__ day of __NOVEMBER__, 2000.

TAPE NO. 2000D- /// - 2070

UNITED STATES MAGISTRATE JUDGE
STEPHEN T. BROWN

AUSA
Defense Counsel
Pretrial Services or Probation
U.S. Marshal