UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-CR-SEITZ

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : |
| JACOLYN BARUCH, | : |
| Defendant. | : |

## NOTICE OF APPEARANCE

**TO THE CLERK OF THE COURT:**

DAVID G. VINIKOOR, P.A., 420 S.E. 12th Street, Fort Lauderdale, Florida 33316, enters its appearance as counsel for the Defendant in this case, JACOLYN BARUCH, and requests that all notices concerning this case be forwarded to counsel.

DAVID G. VINIKOOR
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by hand delivery this 1ST day of November, 2000, to: Assistant U.S. Attorney Brian McCormick and Assistant U.S. Attorney Diana Fernandez, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301.

_____
DAVID G. VINIKOOR