NIGHT BOX
FILED

DEC 0 8 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

FILING FEE
PAID $75.00
In Forma Pauperis 833280
Clarence Maddox, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309 CR-SEITZ

UNITED STATES OF AMERICA,

Plaintiff,

v.

STEVE RAFFA, aka "Uncle Steve," JOHN MAMONE, aka "Big John," FRED MORGENSTERN, DAVID MORGENSTERN, JOSEPH SILVESTRI, JULIUS BRUCE CHIUSANO, MICHAEL BUCCINNA, aka "Mikey Boots," JEFFREY BASS, aka "the Professor," FREDERICK SCAROLA, GIUSEPPE BELLITTO, aka "Joe Baldy," MARK CARATTINI, PAUL DIFILIPPI, ANSON KLINGER, JOSEPH SPITALERI, CHARLES CLAY, PEGGY PRESTON, MARK WEISS, JACOLYN BARUCH, and DAVID BELL

Defendants.

## APPLICATION FOR ADMISSION PRO HAC VICE
## AS ATTORNEY FOR THE DEFENDANT JACOLYN BARUCH

The undersigned, Morris M. Goldings, Esquire, moves pursuant to Administrative Rule 4 of the Special Rules Governing the Admission and Practice of Attorneys, paragraph B, as follows:

1. That the undersigned is a member, in good standing, of the Bar of the United States District Court for the District of Massachusetts, the United States Courts of Appeal for the First Circuit, Second Circuit, Third Circuit, Fifth Circuit, Ninth Circuit, and Eleventh Circuit; the United States Court of Appeals for the Federal Circuit; and the

#264
HN

United States Supreme Court. The undersigned is also a member, in good standing, of the Bar of the Supreme Judicial Court of Massachusetts.

2. The undersigned certifies that he has studied the local rules of this Court.

3. Accompanying this application is the appearance fee required by administrative order of the Court.

4. The undersigned designates David G. Vinikoor, Esquire of 420 South East Twelfth Street, Fort Lauderdale, Florida, a member of the Bar of this Court who maintains an office in the Southern District of Florida, as local counsel and co-counsel with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom papers shall be served.

5. Accompanying this application is a written statement of David G. Vinikoor, Esquire consenting to his designation as local counsel.

WHEREFORE, the undersigned respectfully requests that he be admitted pro hac vice as attorney for the Defendant, Jacolyn Baruch, in the above-entitled case.

> Morris M. Goldings, BBO# 198800
> MAHONEY, HAWKES & GOLDINGS, LLP
> The Heritage on the Garden
> 75 Park Plaza
> Boston, Massachusetts 02116
> Tel: 617-457-3100

Date: Dec. 1, 2000

#66316

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by hand-delivery - US Mail on 12/8/00