

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309 CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVE RAFFA, aka "Uncle Steve, "
JOHN MAMONE, aka "Big John,"
FRED MORGENSTERN, DAVID
MORGENSTERN, JOSEPH SILVESTRI,
JULIUS BRUCE CHIUSANO, MICHAEL
BUCCINNA, aka "Mikey Boots, "
JEFFREY BASS, aka "the Professor,"
FREDERICK SCAROLA, GIUSEPPE
BELLITTO, aka "Joe Baldy," MARK
CARATTINI, PAUL DIFILIPPI, ANSON
KLINGER, JOSEPH SPITALERI,
CHARLES CLAY, PEGGY PRESTON,
MARK WEISS, JACOLYN BARUCH, and
DAVID BELL

    Defendants.

## NOTICE OF APPEARANCE

The undersigned, Morris M. Goldings, Esquire, notes his appearance pro hac vice as attorney for the Defendant, Jacolyn Baruch, in the above-entitled case as co-counsel with David V. Vinikoor, Esquire, a member of the bar of this Court. The undersigned states that he is filing, pursuant to Administrative Rule 4 of the Special Rules governing the Admission and Practice of Attorneys, a written application for Admission Pro Hac

Vice and accompanying certification and written statement consenting to the designation of a member of the bar and the required fee.

_____
Morris M. Goldings, BBO# 198800
MAHONEY, HAWKES & GOLDINGS, LLP
The Heritage on the Garden
75 Park Plaza
Boston, Massachusetts 02116
Tel: 617-457-3100

Date: Dec. 1, 2000

---

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by ~~hand-delivery~~ - US Mail on 12/8/00.

_____

---

#66308