FILED

DEC 0 8

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309 CR-SEITZ

UNITED STATES OF AMERICA,

   Plaintiff,

v.

STEVE RAFFA, aka "Uncle Steve,"
JOHN MAMONE, aka "Big John,"
FRED MORGENSTERN, DAVID
MORGENSTERN, JOSEPH SILVESTRI,
JULIUS BRUCE CHIUSANO, MICHAEL
BUCCINNA, aka "Mikey Boots,"
JEFFREY BASS, aka "the Professor,"
FREDERICK SCAROLA, GIUSEPPE
BELLITTO, aka "Joe Baldy," MARK
CARATTINI, PAUL DIFILIPPI, ANSON
KLINGER, JOSEPH SPITALERI,
CHARLES CLAY, PEGGY PRESTON,
MARK WEISS, JACOLYN BARUCH, and
DAVID BELL

   Defendants.

## CONSENT OF DAVID G. VINIKOOR
## TO DESIGNATION AS LOCAL COUNSEL

I, David G. Vinikoor, a member of the bar of this Court, hereby consents pursuant to Administrative Rule 4 of the Special Rules governing the admission and practice of attorneys to my designation by Morris M. Goldings, Esquire, applicant for admission pro hac vice, as local counsel for the Defendant Jacolyn Baruch. I state that I maintain an office for the practice of law at 420 S.E. Twelfth Street, Fort Lauderdale, Florida 33316 and that my telephone number is 954-522-2500 and further state that the Court and opposing counsel may readily communicate with me regarding the conduct of this case and that the papers may be served upon me with regard to this case.

Signed this __/__ day of December, 2000.

_____
DAVID G. VINIKOOR

David G. Vinikoor, Esquire
420 S.E. Twelfth Street
Fort Lauderdale, Florida 33316
Tel: 954-522-2500

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document(s) was served upon the attorney of record for each other party by hand-delivery - US Mail on __12-15(w)__ .

_____

#66319