UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION



FILED by _____ D.C.

DEC 18 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,   CASE NO. 00-6309-CR-SEITZ
                            Magistrate Judge Garber
    Plaintiff,

vs.                         ORDER GRANTING MOTION FOR
                            APPEARANCE *PRO HAC VICE*
STEVE RAFFA, et al.,        PURSUANT TO RULE 4(F)

    Defendants.
_____/

THIS MATTER having come before the Court upon attorney Morris M. Goldings' Application for Admission Pro Hac Vice for the Defendant Jacolyn Baruch, filed December 8, 2000, the Court having reviewed said motion and noting that Mr. Goldings has met the requirements to appear pro hac vice in the Southern District of Florida, it is

ORDERED AND ADJUDGED that attorney MORRIS M. GOLDINGS' Application to Appear Pro Hac Vice, in this matter, is hereby GRANTED.

DONE AND ORDERED, in Miami, Florida, this __14th__ day of December, 2000.

_____
PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:   Hon. Barry L. Garber
      Brian McCormick, AUSA
      Morris M. Goldings
      David G. Vinikoor, Esq.
      Pre-Trial Services