UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

JACOLYN BARUCH
        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No:55526-004

Language: English

    The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

    Tel. No:

Defense Counsel:    Name  : DAVID G. VINIKOOR ESQ.
MORRIS M. GOLDINGS ESQ.
75 PARK PLAZA    Address: 420 SE 12TH ST.
4TH FLOOR
BOSTON, MA 02116        FT. LAUDERDALE, FL., 33301
(617)457-3100
    Tel. No: (954)522-2500

Bond Set/Continued:    $50,000 CSB & $500,000 PSB

DATED this 6th day of FEBRUARY, 2001.

CLARENCE MADDOX, CLERK,

BY    NANCY J. FLOOD
        Deputy Clerk

c:Clerk for Judge
  U.S. Attorney
  Defense Counsel
  Pretrial Services

TAPE NO. 2001H-7
DIGITAL START NO. 1287

