UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA, :

      Plaintiff, :

v. :

JACOLYN BARUCH, :

      Defendant. :

_____

### NOTICE TO CLARIFY PREVIOUSLY FILED MOTION TO WITHDRAW AS LOCAL COUNSEL

The undersigned, David G. Vinikoor, files this Notice to Clarify Previously Filed Motion to Withdraw as Local Counsel, and in support thereof states the following:

1. Undersigned counsel filed a Notice of Permanent Appearance on behalf of the Defendant, Jacolyn Baruch, in the above matter and also filed as local counsel on behalf of co-counsel, Morris M. Goldings, whose application for admission pro hac vice had been granted.

2. When undersigned counsel was advised that the Massachusetts Supreme Judicial Court had issued an order temporarily suspending Morris M. Goldings from the practice of law, undersigned counsel filed a notice of Morris M. Goldings' inability to serve as counsel and motion to withdraw as local counsel on his behalf.

3. Apparently, that notice and motion has been misunderstood and some apparently believe that it was undersigned counsel's intention to withdraw his permanent appearance in addition to withdrawing as local counsel for Morris M. Goldings.

4. Undersigned counsel files this notice of clarification in order to make it clear that undersigned counsel intends only to withdraw as local counsel for Morris M. Goldings, who apparently is no longer eligible to continue serving as co-counsel in this case.

5. Undersigned counsel does not intend to withdraw his permanent appearance on behalf of the Defendant, Jacolyn Baruch and is only seeking to withdraw as local counsel for Morris M. Goldings.

WHEREFORE, undersigned counsel respectfully requests that he be relieved of any further responsibilities as local counsel on behalf of Morris M. Goldings, while still remaining as counsel of record for the Defendant, Jacolyn Baruch.

Respectfully submitted,

DAVID G. VINIKOOR
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail delivery this 5th day of March 2001, to the following:

Assistant U.S. Attorney Brian McCormick
and Assistant U.S. Attorney Diana Fernandez
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd., Ste. 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Steve Kreisberg, Esq.
3250 Mary Street, #400
Coconut Grove, FL 33133
(Counsel for Peggy Preston)

Donald R. Spadaro, Esq.
1000 S. Federal Hwy., Ste. 103
Fort Lauderdale, FL 33316
(Counsel for Julius Chiusano)

John F. Cotrone, Esq.
509 S.E. 9th Street, Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

Peter Raben, Esq.
2665 S. Bayshore Drive, Ste. 1206
Coconut Grove, FL 33133
(Counsel for Paul DiFilippi)

Jon May, Esq.
200 E. Broward Blvd., Ste. 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

David R. Rothman, Esq.
First Union Financial Ctr.
200 S. Biscayne Blvd., Ste. 2690
Miami, FL 33131
(Counsel for John Mamone)

Lothar Genge, Esq.
1020 Russell Drive
Highland Beach, FL 33487
(Counsel for Jeffrey Bass)

Brian H. Bieber, Esq.
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

John Howes, Esq.
633 S.E. Third Ave., Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Jeffrey M. Harris, Esq.
One East Broward Blvd., Ste. #1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Blvd.
Miami, FL 33132
(Counsel for David Morgenstern)

Brian L. Tannebaum, Esq.
First Union Financial Center 200
South Biscayne Blvd., Ste. 2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Charles Wender, Esq.
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

3

Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Ste. 328
Miami, FL 33156
(Counsel for Mark Weiss)

Neil M. Mameroff, Esq.
100 S.E. 2nd Avenue, Suite 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Richard Hamar, Esq.
Maria Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)

Morris Goldings
Mahoney Hawkes LLP
75 Park Plaza
Boston, MA 02116

_____
DAVID G. VINIKOOR