UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

FILED by _____ D.C.

MAR 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

v.

JACOLYN BARUCH,

_____/

### ORDER ON MOTION TO WITHDRAW

This matter came before the Court on David G. Vinikoor's Notice of Inability to Serve as Counsel and Motion to Withdraw as Local Counsel. Mr. Vinikoor supplemented his motion by a telephone call to Chambers indicating that he will remain permanent counsel for Defendant. It is therefor

ORDERED that David G. Vinikoor's Motion to Withdraw as Local Counsel to Morris M. Goldings is GRANTED. Mr. Vinikoor will remain permanent counsel for Defendant, Jacolyn Baruch.

DONE AND ORDERED in Miami, Florida this 6th day of March, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
All counsel of record

