CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ


FILED by _____ D.C.
MAY 23 2001

Case No. 00-6309-Cr          Date 5/22/01
Clerk L. Webb                Reporter D. Ehrlich
USPO _____                   Interpreter _____
USPTS _____

AUSA Brian McCormick    Def. Atty. All As represented

United States of America v. Mamone, et al.

Defendant(s): Present _____  Not Present  X   In Custody _____
Reason for Hearing  Status Conference

Results of Hearing  Aug 30 - cut off for motions.
Govt response due 30 days (9/30/01)
Govt may supersede and add 1-2 more
defendants
Parties to meet to propose narrowing
issues on joint defense, to protect
Δ's interest

Misc. Δs may meet with each other as
long as each one's counsel is present
Rothman will submit order approved
by Govt.

437