UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-CR-SEITZ
MAGISTRATE : BARRY L. GARBER

UNITED STATES OF AMERICA,    :

        Plaintiff,    :

v.    :

JACOLYN BARUCH,    :

        Defendant.    :

_____

## MOTION TO MODIFY CONDITIONS OF BOND

COMES NOW the Defendant, JACOLYN BARUCH, by and through the undersigned attorney, DAVID G. VINIKOOR, and respectfully moves unto this Honorable Court for an Order Modifying Conditions of Bond and as grounds therefore states the following:

1. The Defendant is presently released on a $50,000.00 corporate surety bond and a $500,000.00 personal surety bond.

2. One of the several conditions of bond requires the Defendant to submit to urinalysis drug testing.

3. The Defendant has been consistently submitting to random urinalysis, and all tests to date have been negative.

4. The case *sub judice* does not involve drugs nor does the Defendant have a drug problem.

5. Matthew Copeland, United States Pretrial Services Officer, has no objection to deleting this condition of bond.

6. Assistant United States Attorney Brian McCormick has no objection to this condition being deleted.

WHEREFORE, the undersigned counsel respectfully prays unto this Honorable Court for an Order deleting random urinalysis as a condition of bond.

Respectfully submitted,

DAVID G. VINIKOOR
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail delivery this 19th day of July, 2001, to the attached listed attorneys of record.

_____
DAVID G. VINIKOOR

## SERVICE MAILING LIST

Assistant U.S. Attorney Brian McCormick
Assistant U.S. Attorney Diana Fernandez
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33301

David R. Rothman, Esq.
First Union Financial Ctr.
200 S. Biscayne Blvd., Ste. 2690
Miami, FL 33131
(Counsel for John Mamone)

Emmanuel Perez, Esq.
2121 Ponce de Leon Blvd., Ste. 290
Coral Gables, FL 33134-5222
(Counsel for Joseph Silvestri)

Michael Tarre, Esq.
20 S. Biscayne Blvd., Ste. 290
Coral Gables, FL 33134
(Counsel for Jeffrey Bass)

James Benjamin, Esq.
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

Brian H. Bieber, Esq.
2600 Douglas Rd., Penthouse 1
Coral Gables, FL 33134
(Counsel for Joseph Spitaleri)

Charles G. White, Esq.
2900 Bridgeport Avenue, Ste. 401
Coconut Grove, FL 33133-3606
(Counsel for Peggy Preston)

John Howes, Esq.
633 S.E. Third Ave., Suite 4F
Fort Lauderdale, FL 33302
(Counsel for Fred Morgenstern)

Donald R. Spadaro, Esq.
1000 S. Federal Hwy., Ste. 103
Fort Lauderdale, FL 33316
(Counsel for Julius Chiusano)

John F. Cotrone, Esq.
509 S.E. 9th Street, Suite 1
Fort Lauderdale, FL 33316
(Counsel for Frederick Scarola)

Peter Raben, Esq.
2665 S. Bayshore Drive, Ste. 1206
Coconut Grove, FL 33133
(Counsel for Paul DiFilippi)

Jon May, Esq.
200 E. Broward Blvd., Ste. 1210
Fort Lauderdale, FL 33301
(Counsel for Charles Clay)

Philip R. Horowitz, Esq.
12651 S. Dixie Hwy., Ste. 328
Miami, FL 33156
(Counsel for Mark Weiss)

Jeffrey M. Harris, Esq.
One East Broward Blvd., Ste. #1500
Fort Lauderdale, FL 33301
(Counsel for David Bell)

Ana M. Jhones, Esq.
Bayside Plaza, Suite 625
330 Biscayne Blvd.
Miami, FL 33132
(Counsel for David Morgenstern)

Brian L. Tannebraum, Esq.
First Union Financial Center
200 South Biscayne Blvd., Ste. 2690
Miami, FL 33131
(Counsel for Michael Buccinna)

Charles Wender, Esq.
190 W. Palmetto Park Road
Boca Raton, FL 33432
(Counsel for Giuseppe Bellitto)

Neil M. Mameroff, Esq.
100 S.E. 2nd Avenue, Ste. 3350
Miami, FL 33131
(Counsel for Anson Klinger)

Richard Hamar, Esq.
Maria Hamar, Esq.
2437 Briarcrest Road
Beverly Hills, CA 90210
(Counsel for Charles Clay)