UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JACOLYN BARUCH,
_____/

FILED by _____ D.C.
JUL 2 6 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER MODIFYING CONDITIONS OF BOND

This matter came before the Court on Defendant Jacolyn Baruch's Motion to Modify Conditions of Bond. The Court having reviewed the motion, there being no objection to the modification from U.S. Pretrial Services or the Government, it is

ORDERED that Defendant's Motion to Modify Conditions of Bond is GRANTED. The Defendant's conditions of bond is modified by deleting random urinalysis. All other conditions of bond shall remain in effect.

DONE AND ORDERED in Miami, Florida this 25th day of July, 2001.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Matthew Copeland, U.S. Pretrial Services

David Vinikoor, Esq.
420 S.E. 12th Street
Fort Lauderdale, FL 33316