CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
SEP 2 5 2001
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr   Date 9/21/01
Clerk L. Webb   Reporter D. Ehrlich
USPO ___   Interpreter ___
USPTS ___

AUSA B. McCormick/   Def. Atty. All As represented.
D. Fernandez

United States of America v. McMorne, et al.

Defendant(s): Present ___   Not Present X   In Custody ___
Reason for Hearing Status Conf.

Results of Hearing Rothman & Harris to meet 5
days before status to determine if
there is need for conf. & into ct 2 days prior
Schwartz & Karlow have trial on 2/11 before
JAG on USA v. Arias which conflicts ours.
Discussion re copying of docs in SC
case. Gov't & As to work out means of
Misc. supplying As with docs.
CSA lead counsel - John Howes re SC
docs - to work w/ Shanes to get docs.
Howes will inform Court by 10/1 of results
of doc discovery.

48