# CRIMINAL MINUTES

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ

FILED by _JJ_ D.C.

DEC 1 4 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA - MIAMI

Case No. 00-6309-Cr          Date 12/14/01
Clerk L. Webb               Reporter D. Ehrlich
USPO ___                    Interpreter ___
USPTS ___

AUSA B. McCormick /         Def. Atty. All As represented.
     D. Fernandez

United States of America v. Mamone, et al

Defendant(s): Present ___   Not Present X    In Custody ___

Reason for Hearing  Status conf.

Results of Hearing  Mamone will enter plea of guilty. Seiken may have a problem with Feb date since he just came into case. Joseph & Doreen Russo req. that motions pending before BLG be deferred as this case may be resolved - will defer to BLG as long as hrg is held in Jan if no plea.

Misc. O'Sullivan may plead - asks that m/ sever be deferred - Court defers to BLG. Corretini will most likely plead. Benjamin's m/ to file late m/ adopt is denied.

