JBM:df

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX
FILED
MAR 28 2002

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JACOLYN BARUCH,

        Defendant.

_____

GOVERNMENT'S UNOPPOSED MOTION TO
CONTINUE SENTENCING HEARING FOR SIXTY DAYS

    The United States of America, through its undersigned Assistant United States Attorneys, respectfully files this Motion to Continue Sentencing hearing for sixty days, and in support thereof, states as follows:

    1. On October 2, 2001, the defendant entered a guilty plea to Count 2 of the superseding indictment in this case. Part of the plea agreement included that the defendant would provide substantial assistance.

    2. The Court set April 11, 2002, for sentencing.



3. The government requests that the Court continue the sentencing of defendant Baruch to enable her to complete his cooperation, which includes testifying at trial.

                      Respectfully submitted,

                      GUY E. LEWIS
                      UNITED STATES ATTORNEY

By: _____
    J. BRIAN McCORMICK
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500084
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

By: _____
    DIANA L.W. FERNANDEZ
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500017
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 28th day of March, 2002 to:

David Vinikoor, Esq.
420 SE 12th Street
Fort Lauderdale, FL 33316
(Counsel for JACOLYN BARUCH)

_____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY