UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JACOLYN BARUCH,

        Defendant.



FILED by _____ D.C.
APR 2 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

ORDER

THIS MATTER having come before the Court on the government's unopposed motion to continue sentencing date.

After careful consideration, it is

ORDERED and ADJUDGED that the government's motion is GRANTED. It is further ORDERED that the sentencing shall be held at 9:00 a.m. on June 12, 2002.

DONE and ORDERED in Chambers at Miami, Florida, this 2nd day of April, 2002.

                                PATRICIA A. SEITZ
                                UNITED STATES DISTRICT JUDGE

cc:  AUSA J. Brian McCormick
     AUSA Diana L.W. Fernandez
     David Vinikoor, Esq.
     U.S. Probation