```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                            MIAMI DIVISION


   UNITED STATES OF AMERICA,    .  CASE 00-6309CR-SEITZ
                                .
           PLAINTIFF,            .  MIAMI, FLORIDA
                                .  JULY 23, 2001
           v.                    .
                                .
   JOHN MAMONE, FRED             .
   MORGENSTERN, DAVID            .
   MORGENSTERN, JOSEPH           .
   SILVESTRI, JULIUS BRUCE       .
   CHIUSANO, MICHAEL BUCCINNA,   .
   JEFFREY BASS, FREDERICK       .
   SCAROLA, GIUSEPPE             .
   BELLITTO, MARK CARATTINI,     .
   PAUL DIFILIPPI, ANSON         .
   KLINGER, JOSEPH               .
   SPITALERI, CHARLES CLAY,      .
   PEGGY PRESTON, MARK WEISS,    .
   JACOLYN BARUCH,               .
   and DAVID BELL,               .
                                .
           DEFENDANTS.           .
                                .
   . . . . . . . . . . . . . . .



           TRANSCRIPT OF CHANGE OF PLEA PROCEEDINGS HAD

           BEFORE THE HONORABLE WILLIAM M. HOEVELER,

                  UNITED STATES DISTRICT JUDGE.


                           - - - -

                   PAGES 1 THROUGH 11

                           - - - -
```




Original 953