UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOLYN BARUCH,

    Defendant.
_____/





## UNOPPOSED MOTION TO CONTINUE SENTENCING

The Defendant, JACOLYN BARUCH, through undersigned counsel, files this Unopposed Motion to Continue Sentencing, and as grounds would state the following:

1. The Defendant is scheduled to be sentenced on June 11, 2002.

2. The Defendant has been cooperating with the Government pursuant to her plea agreement, which included that the Defendant would provide substantial assistance.

3. It is apparent to the Government and undersigned counsel that the Defendant will not be able to complete her cooperation by June 11, 2002, the scheduled sentencing date.

4. Since undersigned counsel will be out of the country from May 24, 2002 until the day before the scheduled sentencing hearing, undersigned counsel is filing this motion at this time.

5. It is believed that an additional sixty (60) days from the presently scheduled date for sentencing, will allow the Defendant to complete her cooperation.

6. Assistant U.S. Attorney Brian McCormick advised undersigned counsel that the Government is in favor of continuing the sentencing hearing.

WHEREFORE, the Defendant, JACOLYN BARUCH, respectfully requests this Motion to Continue Sentencing for at least sixty (60) days be granted and that this matter be rescheduled on or after August 12, 2002.

Respectfully submitted,

DAVID G. VINIKOOR, P.A.
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion to Continue Sentencing has been furnished by U.S. Mail delivery this 22nd day of May, 2002, to: Brian McCormick and Diana Fernandez, Assistant United States Attorneys, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301 and to Patricia Borah, U.S. Probation Officer, 501 S. Flagler Drive, 4th Floor, West Palm Beach, FL 33401-5912.

_____
DAVID G. VINIKOOR