UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

v.

JACOLYN BARUCH,

_____/

## ORDER CONTINUING SENTENCING

This matter came before the Court on Unopposed Motion to Continue Sentencing. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED. The sentencing is reset to **August 15, 2002 at 8:30 a.m.**

DONE AND ORDERED in Miami, Florida this 24 day of May, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
David Vinikoor, Esq., 420 S.E. 12 St., Fort Laud., FL 33316
U.S. Probation

