UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

JACOLYN BARUCH,

_____/

FILED by _____ D.C.
AUG 1 3 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER DENYING MOTION TO CONTINUE SENTENCING

This matter came before the Court on Defendant's Unopposed Motion to Continue Sentencing. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that the Motion is DENIED.

DONE AND ORDERED in Miami, Florida this 12th day of August, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
David Vinikoor, Esq.
U.S. Probation

