CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ____ D.C.
AUG 1 5 2002
CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-cr          Date 8/15/02
Clerk L. Webb               Reporter P. Sanders
USPO M. Monge               Interpreter No
USPTS _____

AUSA D. Fernandez           Def. Atty. P. Vinikoor

United States of America v. Jacolyn Barick

Defendant(s): Present  X     Not Present ____     In Custody No
Sentence _____
Supervised Release _____
Special Conditions of SR _____

Fine $ _____                Special Assessment $ _____
Advised of right to appeal _____
Recommendations to BOP _____

Misc. Con't'd to 9/16 @ 8:30