

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOLYN BARUCH,

    Defendant.
_____/

## MOTION TO RESCHEDULE SENTENCING HEARING

The Defendant, JACOLYN BARUCH, through undersigned counsel, files this Motion to Reschedule Sentencing Hearing, and as grounds would state the following:

1. On August 15, 2002 the sentencing of Jacolyn Baruch was rescheduled until September 16, 2002 in order to give the Defendant additional time to present supplemental information in support of her previously filed Notice of Request for Departure pursuant to 5K2.13 of the Sentencing Guidelines.

2. Undersigned counsel, immediately upon returning to his office determined that the new sentencing date, September 16, 2002, was a religious holiday and contacted this Court's Deputy Clerk to determine if this matter could be rescheduled to any other date.

3. This Court's Deputy Clerk advised undersigned counsel's secretary that the fact that September 16, 2002 was a religious holiday was discussed in open court and that undersigned counsel and the Assistant U.S. Attorney responded that the date set was not a problem.

4. Undersigned counsel did not hear any discussion concerning September 16, 2002 being a religious holiday and otherwise being unaware of that fact, erroneously advised the Court that the date selected was fine.

5. The Defendant and undersigned counsel are very appreciative of the additional time extended by the Court for us to provide supplemental evidence to assist the Court in determining the applicability of a 5K2.13 departure.

6. Undersigned counsel apologizes if this misunderstanding has caused inconveniences to the Court, court personnel or the government, but must respectfully requests that the sentencing of Jacolyn Baruch be rescheduled to any other date.

7. Assistant U.S. Attorney Fernandez has been consulted and advised that the Government has no objection to the rescheduling of the sentencing hearing.

WHEREFORE, the Defendant, JACOLYN BARUCH, respectfully requests this Motion to Reschedule Sentencing Hearing be granted.

Respectfully submitted,

DAVID G. VINIKOOR, P.A.
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Reschedule Sentencing Hearing has been furnished by U.S. Mail delivery this 16th day of August, 2002, to: Brian McCormick and Diana Fernandez, Assistant United States Attorneys, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301 and to Patricia Borah, U.S. Probation Officer, 501 S. Flagler Drive, 4th Floor, West Palm Beach, FL 33401-5912.

DAVID G. VINIKOOR