UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

v.

JACOLYN BARUCH,

_____/

## ORDER CONTINUING SENTENCING

This matter came before the Court on Defendant's Motion to Reschedule Sentencing Hearing. The Court having reviewed the motion and being otherwise fully advised, it is

ORDERED that the Motion is GRANTED. The Sentencing is reset for **September 23, 2002 at 8:30 a.m.**

DONE AND ORDERED in Miami, Florida this 28th day of August, 2002.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
David Vinikoor, Esq.
U.S. Probation

