CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
SEP 2 4 2002
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-Cr    Date 9/23/02
Clerk L. Webb        Reporter D. Ehrlich
USPO P. Borah        Interpreter _____
USPTS _____

AUSA B. McCormick    Def. Atty. D. Vinikoor

United States of America v. Jacolyn Baruch

Defendant(s): Present  X    Not Present _____    In Custody No
Sentence Probation 5 years as to Count 2
Supervised Release _____
Special Conditions of SR (1) Home det./EM for 240 days
@ $3.01/day (2) mental health tmt prog
(3) tmt for gambling as directed by USPO or by private pd for by △
(4) full time empl (5) submit to search
Fine $ 2,000.00 in install.    Special Assessment $ 100.00
                during probation
Advised of right to appeal  Yes
Recommendations to BOP _____
(6) no gambling or assoc. w/gamblers or bookmaking
(7) 50 hours Comm. Service (8) Early term after 3½ years
Misc. M/Downward Withdrawn.    exemplary & tmt successful.
5K1.1 motion granted
Remaining Counts dismissed.

1148