**ORIGINAL**

FILED by _____ D.C.
APPEAL
OCT - 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA                Case No. 00-6309-CR-PAS

    v.                                  MIAMI, FLORIDA
                                        September 23, 2002
                                        VOLUME I
                                        PAGES 1 TO 17
JACOLYN BARUCH

SENTENCING HEARING
BEFORE THE HON. PATRICIA A. SEITZ, J.
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    BRIAN MC CORMICK, ESQ.
    Assistant United States Attorney
    500 E. Broward Boulevard - 7th Fl.
    Ft. Lauderdale, FL 33394-3002

FOR THE DEFENDANT:

    DAVID G. VINIKOOR, ESQ.
    420 SW 12th Street
    Ft. Lauderdale, FL 33316-1902

REPORTED BY:

    DAVID S. EHRLICH, RPR
    Official Court Reporter
    301 N. Miami, Room 504
    Miami, Florida 33128-7788
    (305) 523-5537

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).

