FILED BY _____ DKT
02 OCT 15 PM 2:51
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL.-MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOLYN BARUCH,

    Defendant.
_____/

## MOTION TO DISCHARGE BOND

The Defendant, JACOLYN BARUCH, by and through her undersigned counsel, files this Motion to Discharge Bond, and in support thereof states the following:

1. A corporate surety bond in the above matter was placed in the amount of $50,000 with Begel Bail Bonds on October 26, 2000 and a $500,000 personal surety bond was also executed on that date.

2. The Defendant was sentenced on September 23, 2002 and all requirements of the Defendant's bond have been satisfied and her assessment fee has been paid.

3. Undersigned counsel requests that the corporate surety bond in the amount of $50,000 be discharged to the bondsman in order to terminate his liability with the insurance company.

4. Undersigned counsel further requests that the $500,000 personal surety bond also be discharged.

5. Undersigned counsel has contacted the assigned Assistant U.S. Attorney, Diana Fernandez, who has no objection to the discharge of all bonds.

WHEREFORE, the Defendant respectfully requests that this Motion for Discharge of Bond be granted.

Respectfully submitted,

DAVID G. VINIKOOR, P.A.
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Facsimile: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by U.S. Mail delivery this 10th day of October, 2002, to the Clerk of the Court, Federal Courthouse Square, Room 150, 301 N. Miami Avenue, Miami, FL 33128-7788 and to Brian McCormick and Diana Fernandez, Assistant United States Attorneys, 500 E. Broward Boulevard, Suite 700, Fort Lauderdale, FL 33301

_____
DAVID G. VINIKOOR