UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JACOLYN BARUCH,

    Defendant.
_____/



## ORDER ON MOTION TO DISCHARGE BOND

THIS MATTER came before the Court upon Defendant's Motion to Discharge Bond, and the Court having considered same, it is hereby

ORDERED and ADJUDGED that the Defendant's Motion to Discharge Bond is GRANTED. The corporate surety bond in the amount of $50,000 shall be discharged to the bondsman in order to terminate his liability with the insurance company (Reference #IJ-37113).

IT IS FURTHER ORDERED and ADJUDGED that the personal surety bond in the amount of $500,000 also be discharged.

DONE AND ORDERED at Miami, Florida, this __16th__ day of __October__ 2002.

                              HONORABLE PATRICIA SEITZ
                              U.S. District Judge

Copies to:
DAVID G. VINIKOOR, P.A.
  Attorney for the Defendant
BRIAN McCORMICK and DIANA FERNANDEZ
  Assistant U.S. Attorneys

OCT 1 8 2002

Rec'd in MIA Dkt _____

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.