```
                                              FILED by _____ D.C.
                                              APPEALS
              UNITED STATES DISTRICT COURT    FEB 24 2006
              SOUTHERN DISTRICT OF FLORIDA    CLARENCE MADDOX
                                              CLERK U.S. DIST. CT.
                                              S.D. OF FLA. - MIAMI
```

UNITED STATES OF AMERICA                  Case No. 00-6309-CR-PAS

   v.                                   MIAMI, FLORIDA
                                          April 27, 2005
                                          VOLUME I

                                          PAGE 1 TO 33
JEFFREY BASS


       FINAL REVOCATION HEARING
   BEFORE THE HON. PATRICIA A. SEITZ, J.
     UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE GOVERNMENT:

       MICHAEL J. DITTO, ESQ.
       Assistant United States Attorney
       99 N.E. 4th Street
       Miami, FL   33132

FOR THE DEFENDANT:

       MICHAEL S. TARRE, ESQ.
       Suite 3700 - 1 biscayne tower
       2 South Biscayne Boulevard
       Miami, FL   33131-1806


REPORTED BY:           DAVID S. EHRLICH, RPR
       Official Court Reporter
       301 N. Miami, Room 504
       Miami, Florida 33128-7788
       (305) 523-5537

Proceedings recorded by mechanical stenography, transcript produced by computer-aided transcription(CAT).

DAVID S. EHRLICH - OFFICIAL COURT REPORTER