UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,    :

       Plaintiff,    :

vs.    :

JACOLYN BARUCH,    :

       Defendant.    :



## UNOPPOSED MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE

COMES NOW the Defendant, JACOLYN BARUCH, ("Baruch"), by and through her undersigned counsel, and files this Unopposed Motion For Early Termination of Supervised Release, and in support thereof states the following:

1. Baruch was sentenced to 5 years supervised release and participated in the home electronic monitoring program for a period of 240 days, after pleading to one count of conducting an illegal gambling business.

2. Pursuant to the special conditions of her supervision, the Defendant is eligible for early termination after 3 ½ years of exemplary performance and completion of all special conditions of probation. Upon information and belief, Baruch has satisfied those conditions of her supervision including having received extensive treatment for gambling addiction and has achieved the maximum benefit from supervision.

3. Baruch completed 3 ½ years of her supervised release term on March 23, 2006.



4. Undersigned counsel has spoken to Baruch's probation officer, Marisa Gutheil, who has advised that she has no objection to an early termination.

WHEREFORE, for the foregoing reasons, the Defendant respectfully requests this Honorable Court terminate her supervised release.

### 10-G CERTIFICATE

I HEREBY CERTIFY that undersigned counsel has spoken with Assistant U.S. Attorney Brian McCormick, who has advised that the Government has no objection to this motion for early termination.

Respectfully submitted,

DAVID G. VINIKOOR, P.A.
Attorney for Defendant
420 S.E. 12th Street
Fort Lauderdale, FL 33316
Telephone: (954) 522-2500
Fax: (954) 522-7278

By: _____
DAVID G. VINIKOOR
FL BAR #195719

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Unopposed Motion for Early Termination of Supervised Release has been furnished by U.S. mail delivery this 24th day of March, 2006, to: Brian McCormick, Assistant United States Attorney, 500 E. Broward Boulevard, Ste. 700, Fort Lauderdale, FL 33394; and to Marisa Gutheil, United States Probation Office, 2255 Glades Road, #226A, Boca Raton, FL 33431.

_____
DAVID G. VINIKOOR

2