UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 00-6309-CR-SEITZ



| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| vs. | : |
| JACOLYN BARUCH, | : |
| Defendant. | : |

### ORDER ON UNOPPOSED MOTION
### FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS CAUSE coming before this Honorable Court on the Defendant's Unopposed Motion for Early Termination of Supervised Release, and the Court being fully advised in all the premises, it is,

ORDER AND ADJUDGED that the Defendant's Unopposed Motion for Early Termination of Supervised Release is hereby _Granted_.

DONE AND ORDERED at Fort Lauderdale, Florida, in the Southern District of Florida, this _3rd_ day of _April_, 2006.

_Patricia A. Seitz_
U.S. DISTRICT COURT JUDGE

Copies to:

David G. Vinikoor, Esq., Fax: 954-522-7278
Brian McCormick, Assistant U.S. Attorney, Fax: 954-356-7230
Marisa Gutheil, U.S. Probation Office, Fax: 561-999-4809

Since the initiation of this Court's FAXBACK program, the parties are no longer required to submit envelopes with their motions & proposed orders. Orders should include a full service list.

